IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | § § § |
| VS. | § § § § CIVIL CASE NO. B-04-041 |
| ROSALINDA RINEHART | |

## MOTION FOR SUBSTITUTED SERVICE OF PROCESS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.** asks the court to authorize substituted service on Defendant, Rosalinda Rinehart, pursuant to Federal Rules of Civil Procedure (e)(2).

2. Defendant's usual place of adobe is 434 McDavitt Boulevard, Brownsville, Texas 78521.

3. Plaintiff attempted to serve Defendant on six occasions by personal delivery but has not been successful because Defendant is avoiding service and suggested that we serve her attorney, Frank Costilla of the law office of Frank Costilla, L.P. located at 5 East Elizabeth Street, Brownsville, Texas 78520.

4. Plaintiff asks the Court to authorize Plaintiff to serve Defendant by serving her through her attorney, Frank Costilla of the law office of Frank Costilla, L.P. located at 5 East Elizabeth Street, Brownsville, Texas 78520, which is reasonably effective to give Defendant notice of this suit.

Page 1

5. Plaintiff attaches the affidavit of Hector Cuellar, a civil process server, as Exhibit A to this motion to establish facts not apparent from the record and incorporates it by reference.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
State Bar No. 06653020
Federal I.D. No. 20471
ATTORNEY FOR DEFENDANT

UNITED STATE DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company | § § § § |
| v. | §  CASE NUMBER: B-04-041 § § § |
| Rosalinda Rinehart | § |

## AFFIDAVIT

STATE OF TEXAS      §
                    §
COUNTY OF CAMERON   §

**BEFORE ME,** the undesigned authority, personally appeared HECTOR CUELLAR, who identified himself to me by presenting his Texas driver's license, and after being duly sworn, deposed and stated as follows:

1. My name is HECTOR CUELLAR. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this Affidavit. I have personal knowledge of the facts and statements contained in this Affidavit and each of them is true and correct.

2. I am a self-employed civil process server, whose address is P. O. Box 1064, Combes, Texas 78535.

3. I am a person wholly disinterested in the outcome of the above-entitled and numbered cause, and I am not personally acquainted with parties in this action.

4. I was instructed to attempt service on Defendant, Rosalinda Rinehart, at her residence at 434 McDavitt Boulevard, Brownsville, Texas 78521.



5. Personal service upon Ms. Rinehart were attempted on March 5, 6, 8, and 13, 2004. On March 13, 2004, I left my business card at her residence with a family member. Shortly thereafter I received a telephone call from Ms. Rinehart. She inquired as to why I was attempting to contact her. I explained to her that I had a court summons to serve on her. She advised she would not accept service and suggested I serve her attorney, Mr. Frank Costilla from Brownsville, Texas.

6. Mr. Alan Erwin requested that I proceed with personal service upon Ms. Rinehart.

7. Personal service was re-attempted on March 20th and 23rd, 2004, at her residence, to no avail.

**Further affiant sayeth not.**

_____
Hector Cuellar

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Hector Cuellar, on this the 26th day of March, 2004.


NANCY C. GONZALEZ
Notary Public, State of Texas
My Commission Expires
February 24, 2005

_____
Notary Public, The State of Texas