4

AO 440 (Rev. 10/93) Summons in a Civil Action

B-04-041

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3-26-04 | |
| NAME OF SERVER (PRINT) Hector Cuellar | TITLE Civil Process Agent | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _Avoiding Service_

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _3-26-04_    _[signature]_
              Date              Signature of Server

_PO Box 1064, Combes TX 78535_
Address of Server

HECTOR CUELLAR
CIVIL PROCESS AGENT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Southern          District of          Texas

State Farm Mutual
Automobile Insurance Company

**SUMMONS IN A CIVIL CASE**

V.

Rosalinda Rinehart

CASE NUMBER:    B-04-041

TO: (Name and address of Defendant)

Rosalinda Rinehart
435 McDavitt Blvd.
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Alan Erwin, Jr., **ROERIG, OLIVEIRA & FISHER, L.L.P.**, 855 West Price Road, Suite 9, Brownsville, Texas 78520-8786.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk          3-5-04
CLERK                              DATE

_m_____
(By) DEPUTY CLERK