```
                                          United States District Court
                                          Southern District of Texas
    IN THE UNITED STATES DISTRICT COURT             ENTERED
    FOR THE SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION           APR 1 3 2004

                                          Michael N. Milby, Clerk of Court
                                          By Deputy Clerk
```

| | | |
|---|---|---|
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INS. CO.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-041 |
| | § | |
| **ROSALINDA RINEHART,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 12, 2004, the Court **DENIED** Plaintiff's motion for substituted service of process [Dkt. No. 3]. Plaintiff's motion is incomplete, failing to cite either statutory or case authority for such service under the relevant factual circumstances. The Court will reconsider the motion if it is refiled with authority.

DONE at Brownsville, Texas, this 12th day of April 2004.

_____
Hilda G. Tagle
United States District Judge