AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAY 0 3 2004

Michael N. Milby
Clerk of Court

State Farm Mutual
Automobile Insurance Company

V.

Rosalinda Rinehart

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   B-04-041

TO: (Name and address of Defendant)

Rosalinda Rinehart
434 McDavitt Blvd.
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Alan Erwin, Jr., **ROERIG, OLIVEIRA & FISHER, L.L.P.**, 855 West Price Road, Suite 9, Brownsville, Texas 78520-8786.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                     4-15-04

CLERK                                        DATE

_(signature)_

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-30-04 |
| NAME OF SERVER (PRINT) Hector Cuellar | TITLE Sr. Civil Process Svr |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mrs. Pinckert at 434 McDevitt Blvd Brownsville, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-30-04
           Date

Signature of Server

PO Box 1064
Combes TX 78535
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.