United States District Court
Southern District of Texas
FILED

MAY 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
|     Plaintiff | § | CIVIL ACTION NO. B-04-041 |
| v. | § | |
| | § | |
| ROSALINDA RINEHART | § | |
|     Defendant | § | |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROSALINDA RINEHART, Defendant herein, and subject to Defendant's Motion to Dismiss the present cause of action which has been previously filed, files this her Original Answer to Plaintiff's Original Complaint for Declaratory Judgment and would respectfully show unto the Court the following, to-wit:

1. Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in Paragraphs 4-8 of the Complaint.

5. As an affirmative defense, Defendant asserts that this Court does not have subject matter jurisdiction over this matter because the amount in controversy does not exceed $75,000, exclusive of interest and costs. Defendant has filed a separate Motion to Dismiss outlining the facts related to this defense.

6. As a further affirmative defense, Defendant asserts the policy language at issue is vague and ambiguous and should therefore be construed against the drafter of the policy, Plaintiff State Farm.

DEFENDANT'S ORIGINAL ANSWER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing and that Plaintiff's Original Complaint for Declaratory Judgment be dismissed at Plaintiff's cost; and for such other and further relief to which Defendant may be justly entitled, at law or in equity.

    Respectfully submitted,

    **LAW OFFICES OF FRANK COSTILLA, L.P.**
    5 East Elizabeth Street
    Brownsville, Texas 78520
    Telephone:   (956) 541-4982
    Facsimile:   (956) 544-3152

    _____
    **Frank Costilla**
    Federal I.D. No. 1509
    State Bar No. 04856500
    **Alejandro J. "Hondo" Garcia**
    Federal ID No. 30411
    State Bar No. 24004663


    **ATTORNEYS FOR DEFENDANT**
    **ROSALINDA RINEHART**

## CERTIFICATE OF SERVICE

On this the 14th day of May, 2004, a true and correct copy of the above and foregoing document was sent to all counsel of record, as indicated below:

Mr. D. Alan Erwin, Jr.  
ROERIG, OLIVEIRA & FISHER, L.L.P.  
855 West Price Road, Suite 9  
Brownsville, Texas 78520

Via **CM/RRR #7003 1010 0003 6965 3527**

Alejandro J. "Hondo" Garcia