United States District Court
Southern District of Texas
FILED

JUL 0 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE FARM MUTUAL §
AUTOMOBILE INSURANCE COMPANY §
§                    CIVIL CASE NO. B-04-041
VS. §
§
ROSALINDA RINEHART §

## DEFENDANT'S DISCOVERY/CASE MANAGEMENT PLAN

COME NOW Plaintiff and Defendant in this cause and submit to the Court this Defendant's Discovery/Case Management Plan in accordance with its Order for Conference of March 1, 2004, and represent to the Court as follows:

1.    **RELATED CASES**

There is a case pending in district that is related to this case. The related case was filed on March 18, 2004 in Cause No. 2004-CCL-347-B entitled Rosalinda Rinehart v. State Farm Insurance Company which was filed in the County Court at Law No. Two of Cameron County, Texas and removed to federal court on April 5, 2004, which bore Cause No. B-04-060. This case was then remanded to district court on May 27, 2004. The present case was filed on March 1, 2004.

2.    **FEDERAL JURISDICTION**

This case was filed by Plaintiff in federal court on the basis of diversity jurisdiction.

3.    **DEFENDANT'S POSITION ON PLAINTIFF'S JURISDICTIONAL ALLEGATIONS**

None.

4.    **PENDING MOTIONS TO BE RULED ON AT SCHEDULING CONFERENCE**

There are no pending motions at this time.

Page -1-

5. **ADDITIONAL PARTIES**

It is not anticipated that additional parties will need to be joined.

6. **TIMING OF ADDITIONAL PARTIES**

No additional parties are expected.

7. **INTERVENORS**

No interventions are expected.

8. **CLASS ISSUES**

This is not a class action type of case.

9. **PENDING MOTIONS**

There are no pending motions.

10. **DISCOVERY UNDERTAKEN TO DATE**

No discovery has yet been undertaken.

11. **USE OF INTERROGATORIES**

Both parties intend to serve interrogatories for use in this case.

12. **PLAINTIFFS' ANTICIPATED EXPERT DEPOSITIONS**

Neither party has designated experts at this time.

13. **DEFENDANTS' ANTICIPATED EXPERT DEPOSITIONS**

Defendant State Farm Mutual Automobile Insurance Company does not anticipate the need
to depose any experts at this time.

14. **PLAINTIFFS' ANTICIPATED DEPOSITIONS**

Unknown.

15.    **DEFENDANTS' ANTICIPATED DEPOSITIONS**

Defendant State Farm Mutual Automobile Insurance Company anticipates deposing the Plaintiff within the following three (3) to four (4) months.

16.    **DISCOVERY COMPLETION DATE**

Discovery should be completed in six (6) months.

17.    **JURY DEMAND**

A jury has been timely demanded.

18.    **TRIAL BY MAGISTRATE JUDGE**

Plaintiff does agree to trial by magistrate judge.  It is unknown whether the Defendant agrees to trial by magistrate judge.

19.    **ALTERNATIVE DISPUTE RESOLUTION**

No discussions have been had regarding alternative dispute resolution.

20.    **OTHER MATTERS**

No matters relating to this case require the special attention of the court.

21.    **LENGTH OF TRIAL**

This case should be tried in three (3) days.

22.    **APPEARANCE OF COUNSEL**

Plaintiff is represented by:
D. Alan Erwin, Jr.
State Bar No. 06653020
Federal Id No. 20471
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

Page -3-

Defendant is represented by:
Frank Costilla
State Bar No.04856500
Federal Id No. 1509
Alejandro J. (Hondo) Garcia
State Bar No. 24004663
Federal Id No. 30411
Attorneys for Defendant
**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
TEL/ (956) 541-4982
FAX/ (956) 544-3152

RESPECTFULLY SUBMITTED this  2nd  day of  July , 2004.

**D. ALAN ERWIN, JR.**
Attorney for Plaintiff