United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
| **Plaintiff** | § | CIVIL ACTION NO. B-04-041 |
| v. | § | |
| | § | |
| ROSALINDA RINEHART | § | |
| **Defendant** | § | |

**DEFENDANT'S AMENDED MOTION TO DISMISS AND/OR IN THE
ALTERNATIVE, MOTION FOR LEAVE TO EXTEND TIME TO FILE
JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant ROSALINDA RINEHART, pursuant to Federal Rule of Civil Procedure 12, files her Amended Motion To Dismiss based on lack of subject matter jurisdiction and the existence of a pending lawsuit relating to the identical subject matter and in support of said motion would respectfully show unto the Court the following, to-wit:

1.      This case is based on a declaratory judgment action brought by State Farm. Defendant herein, Rosalinda Rinehart, filed a similar declaratory judgment action based on the same subject matter in County Court at Law Number Two, Cameron County, Texas on March 18, 2004. On March 29, 2004, State Farm, the Defendant in that case, sought removal of the state action to federal court based on diversity of citizenship between the parties. The state case was removed and assigned Cause No. B-04-060.

2.      On April 20, 2004, Rinehart filed a Motion to Remand Cause No. B-04-060 back to the state court because the amount in controversy does not exceed the jurisdictional limits of $75,000.

Attached hereto as Exhibit A is a copy of the Motion for Remand accompanied by the Affidavit of Mrs. Rinehart which attests to the fact that the amount in controversy is less than $75,000 and is based instead on the value of a 2003 Chevrolet Tahoe that was stolen and had a value of less than $30,000.

3.      Plaintiff State Farm conceded federal jurisdiction in Civil Action No. B-04-060, in the Agreed Order to Remand attached hereto as Exhibit B. Defendant Rosalinda Rinehart, at all times, believed that Plaintiff State Farm's case was to be dismissed on jurisdictional grounds considering that the pending case is identical to the remanded case.

4.      Defendant Rosalinda Rinehart, for the first time on July 21, 2004, learned of the Initial Pretrial and Scheduling Conference set in this case for July 26, 2004 when a staff member of the Law Offices of Frank Cositlla called the District Clerk's office to check the status of Defendant's Motion to Dismiss.

5.      Under the Court's Order for Conference and Disclosure of Interested Parties, number 6, "Counsel who file(s) or remove(s) an action *is responsible for providing the other parties with a copy of this order and in addition* must serve a copy of this order with the summons and complaint or with the notice of removal." Plaintiff State Farm's counsel never served a copy of this order with the summons and complaint, consequently, Defendant's counsel had no knowledge of the deadlines imposed by the Court in this case. The entirety of documents received from Plaintiff's counsel is attached hereto as Exhibit C.

7.      Accordingly, and for the same reasons set forth in the Motion to Remand attached hereto, Defendant Rosalinda Rinehart seeks dismissal of the present action pursuant to Federal Rule of Civil Procedure 12(b)(1). This Court lacks jurisdiction over this matter because the amount in controversy

does not exceed $75,000, exclusive of interest and costs. Mrs. Rinehart's affidavit, incorporated herein by reference and filed in Cause No. B-04-060, attests to that fact. Alternatively, Defendant Rosalinda Rinehart seeks leave of this Court to comply with the Court's order to file a Joint Discovery/Case Management Plan due to lack of notice.

WHEREFORE, ROSALINDA RINEHART respectfully requests that this case be dismissed for the reasons set forth above and that she recover all costs, expenses, and attorneys fees that may be incurred as a result of State Farm's filing of this lawsuit, or alternatively, that the parties be allowed leave to file a Joint Discovery Case/Management Plan.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:     (956) 541-4982
Facsimile:     (956) 544-3152


Frank Costilla
Federal I.D. No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR DEFENDANT
ROSALINDA RINEHART**

## CERTIFICATE OF CONFERENCE

Counsel for Rosalinda Rinehart certifies that he has conferred with the office of counsel for State Farm but counsel was not available.

Frank Costilla

## CERTIFICATE OF SERVICE

On this the 22nd day of July, 2004, a true and correct copy of the above and foregoing

document was sent to all counsel of record, as indicated below:

Mr. D. Alan Erwin, Jr.                         Via **Facsimile (956) 542-0016** and
ROERIG, OLIVEIRA & FISHER, L.L.P.      **CM/RRR #7003 1010 0003 6965 4319**
855 West Price Road, Suite 9
Brownsville, Texas 78520

Frank Costilla

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
|     Defendant | § | |

## PLAINTIFF'S MOTION FOR REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ROSALINDA RINEHART, files her Motion for Remand in this cause pursuant to

28 U.S.C. § 1447(c) and in support of said motion would respectfully show unto the Court the

following, to-wit:

1.     PLAINTIFF ROSALINDA RINEHART, filed suit in County Court at Law Number Two,

Cameron County, Texas on March 18, 2004. On March 29, 2004, Defendant sought removal to

federal court based on diversity of citizenship between the parties. Plaintiff moves this Court to

remand the case back to the state court because the amount in controversy does not exceed the

jurisdictional limits of $75,000.

2.     Plaintiff's lawsuit was filed in state court pursuant to the Texas Declaratory Judgments Act,

Chapter 37 of the Texas Civil Practice and Remedies Code, seeking a declaration that Defendant

is liable for insurance coverage under the provisions of its auto liability policy with Plaintiff. The

policy at issue relates to Plaintiff's 2003 Chevrolet Tahoe, VIN No. 1GNEK13Z43R161233 which

was stolen in Matamoros, Mexico on December 27, 2003 and within 25 miles of the United States

border.

3.     Defendant's notice of removal filed in this Court incorrectly states that Plaintiff alleged a

cause of action for breach of contract and that the amount in controversy exceeds $75,000, exclusive

of interests and costs. In fact, Plaintiff's Original petition seeks only a declaration that Defendant

is responsible for coverage of Plaintiff's loss. If damages are implied by the declaration which

Plaintiff seeks, the amount in controversy is less than $75,000. In support of the fact that the amount

in controversy is less than $75,000, see the attached sworn affidavit of Rosalinda Rinehart.

        WHEREFORE, Plaintiff requests that this case be remanded to the state court from which

it was removed and that Plaintiff recover all costs, expenses, and attorneys fees incurred as a result

of the improper removal.

                                Respectfully submitted,

                                **LAW OFFICES OF FRANK COSTILLA, L.P.**
                                5 East Elizabeth Street
                                Brownsville, Texas 78520
                                Telephone:    (956) 541-4982
                                Facsimile:    (956) 544-3152


                                **Frank Costilla**
                                Federal I.D. No. 1509
                                State Bar No. 04856500
                                **Alejandro J. (Hondo) Garcia**
                                Federal ID No. 30411
                                State Bar No. 24004663


                                **ATTORNEYS FOR PLAINTIFF**
                                **ROSALINDA RINEHART**

## CERTIFICATE OF SERVICE

On this the _20th_ day of April, 2004, a true and correct copy of the above and foregoing

document was sent to all counsel of record, as indicated below:

Mr. D. Alan Erwin, Jr.                    Via **CM/RRR #7003 1010 0003 6965 3398**
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

_____
Alejandro J. (Hondo) Garcia

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
|     Defendant | § | |

## AFFIDAVIT OF ROSALINDA RINEHART

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared ROSALINDA RINEHART, known to me to be the person who subscribed her name below, who, after having first been duly sworn by me, on oath deposes and says:

"My name is ROSALINDA RINEHART. I am over the age of twenty-one (21) years and I am competent in all respects to testify herein.

"On March 18, 2004, I caused to be filed a lawsuit in County Court at Law Number Two, Cameron County, Texas, styled *Rosalinda Rinehart v. State Farm Mutual Automobile Insurance Co.*, Cause No. 2004-CCL-347-B. In that petition, I sought a declaration from the court that Defendant would be liable for coverage of my stolen automobile under the provisions of the insurance policy I had with Defendant.

"The vehicle at issue is a 2003 Chevrolet Tahoe, VIN No. 1GNEK13Z43R161233. The vehicle was purchased in May 2003 at a cost of $30,000. Attached as Exhibits 1 and 2 to this Affidavit are the invoice and title application receipt for the vehicle reflecting the purchase price. At the time the vehicle was stolen, the amount I owed on the vehicle was less than $30,000. Thus, the amount in controversy in the lawsuit which I filed in state court is less than $75,000, because it would not exceed the value of the stolen vehicle. Moreover, attorneys' fees will not exceed $10,000.

**Page 1**

"The only claim I made in the state court lawsuit was under the Uniform Declaratory Judgments Act, Texas Civil Practice and Remedies Code § 37.004. I did not and will not be making any other statutory claims that could be construed to bring the amount in controversy, including attorneys' fees, greater than $75,000. In fact, the amount in controversy is less than $40,000."

ROSALINDA RINEHART

**SUBSCRIBED AND SWORN** to me by ROSALINDA RINEHART on this the 19th day of April, 2004, to certify which witness my hand and seal of office.

Notary Public, State of Texas

ROSALINDA M. GARZA
Notary Public. State of Texas
My Commission Expires
06-27-2005

Page 2



EXHIBIT
1

KELLOGG CHEVROLET, INC.
KELLOGG HONDA
1801 INDUSTRIAL WAY • P.O. BOX 1910
SAN BENITO, TX 78586
956-399-2491

DEAL # 41822
DATE MAY 27, '03

SOLD TO: ROSALINDA RINEHART
ADDRESS 434 MCDAVITT
BROWNSVILLE , TX 78521

| CUST. NO. | STOCK NO. | YEAR-MAKE | MODEL | NEW OR USED | SERIAL NO. | KEY NO. | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | | | | US | 33 | | |

SALESMAN DI

BUICK TRADE

JAGUAR
2002 X-TYPE
SAJEA53D32XC76833
4 DOOR SEDAN

| PRICE OF VEHICLE | 39000.00 |
|---|---|
| DOC FEE | 50.00 |
| | N/A |
| CREDIT LIFE | 634.78 |
| | N/A |
| VEH INVENTORY TAX | 66.81 |
| | N/A |
| SALES TAX | 468.75 |
| LICENSE AND TITLE | 16.50 |
| TOTAL CASH PRICE | 31236.84 |
| **SETTLEMENT:** | |
| DEPOSIT | 1500.00 |
| CASH ON DELIVERY | -1483.46 |
| USED CAR- | N/A |
| SERIAL NO. | N/A |
| PAYMENTS: | 31220.30 |
| TOTAL | 31236.84 |

22500.00 TRADE ALLOWANCE
23983.46 TRADE BALANCE
-1483.46 TRADE EQUITY

GMAC
PO BOX 660808
DALLAS TX 75266

ALWAYS SHOW SERIAL, ENGINE AND KEY NUMBERS

Texas Department of Transportation

**TITLE APPLICATION RECEIPT**

DUPLICATE

COUNTY - CAMERON                    TAC NAME : TONY YZAGUIRRE, JR
STICKER NO: WS4476A0430WD           DATE: 06/05/2003    EFFECTIVE DATE: 11/18/2002
PLATE NO : X52RKC                   TIME: 09:00AM       EXPIRATION DATE: 10/2003
DOCUMENT NO: 03120137773090055      EMPLOYEE ID: CAMC326  TRANSACTION ID: 03120137773090055

OWNER NAME AND ADDRESS
ROSALINDA RINEHART
434 MCDAVITT
BROWNSVILLE, TX 78521

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1GNEK13Z43R161233      VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2003/CHEV  MODEL: KTA  BODY STYLE: LL    UNIT NO:
EMPTY WT: 5500    CARRYING CAPACITY: 0       GROSS WT: 5500   TONNAGE: 0.00   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                  TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME : KELLOGG CHEVROLET INC     PREV CITY/STATE: SAN BENITO, TX

```
                                    FEES ASSESSED
                                    TITLE APPLICATION FEE      $        13.00
VEHICLE RECORD NOTATIONS            SALES TAX FEE              $       468.75
RELEASE OF PERSONAL INFO RESTRICTED TRANSFER                  $         2.50
ACTUAL MILEAGE                              TOTAL             $       484.25

                                    METHOD OF PAYMENT AND PAYMENT AMOUNT:
                                            CHECK #79341      $       484.25

                                            TOTAL AMOUNT PAID $       484.25
```

ODOMETER READING: 15088   BRAND: A         SALES TAX CATEGORY: SALES/USE
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN            DATE: 05/27/2003          Sales Tax Date: 05/27/2003
GMAC                                                  Sales Price $    30,000.00
P O BOX 8104                              Less Trade In Allowance $    22,500.00
COCKEYSVILLE, MD 21030-8104                        Taxable Amount $     7,500.00
                                                  Sales Tax Paid $       468.75
                                         Less Other State Tax Paid $         0.00
2ND LIEN                                              Tax Penalty $         0.00
                                                 TOTAL TAX PAID $       468.75
3RD LIEN                             Batch No: 2013777301    Batch Count: 4

DUPLICATE

                    CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER
                    THIS RECEIPT TO BE CARRIED IN ALL COMMERCIAL VEHICLES.

THIS RECEIPT IS YOUR PROOF OF APPLICATION FOR CERTIFICATE OF TITLE AND REGISTRATION.

**EXHIBIT**

2

ORIGINAL
I-500-RTS (REV. 3/2001) (DHT 157490)

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROSALINDA RINEHART** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-04-060** |
| | § | |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE CO.** | § | |
| **Defendant** | § | |

## ORDER SETTING HEARING

Plaintiff's Motion for Remand is hereby set for hearing before this Court on the _____ day

of _____, 2004 at _____ o'clock ____.m.

SIGNED this _____ day of _____, 2004.

_____
JUDGE PRESIDING

Copies to:

Frank Costilla/Alejandro J. (Hondo) Garcia, 5 East Elizabeth Street, Brownsville, TX 78520
D. Alan Erwin, Jr., 855 W. Price Road, Suite 9, Brownsville, TX 78520

# EXHIBIT B

*10*

THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
| **Defendant** | § | |

## AGREED ORDER TO REMAND

On this day came to be heard, Defendant's Motion to Remand. After due consideration by the Court and the agreement of the parties to remand the above-styled and numbered cause of action to State Court, the Court finds that this case shall be remanded to the State Court.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause of action shall be REMANDED to the State Court for further proceedings.

SIGNED ON this the 27th day of _May_, 2004.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
Alejandro J. "Hondo" Garcia
Counsel for Plaintiff Rosalinda Rhinehart

_____
D. Alan Erwin, Jr.
Counsel for Defendant State Farm
Mutual Insurance Co.

# EXHIBIT C

United States District Court
Southern District of Texas
FILED

MAR - 1 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL | § | **B-04-041** |
| AUTOMOBILE INSURANCE COMPANY | § | |
| | § | CIVIL CASE NO. _____ |
| VS. | § | |
| | § | |
| ROSALINDA RINEHART | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm"), respectfully requests the Court to interpret the liability coverage provided by an auto policy. Further, State Farm respectfully requests this Court to declare that there is no coverage provided in connection with a theft loss claim currently being made by Defendant, Rosalinda Rinehart ("Rinehart") against Plaintiff. In support of this complaint, State Farm shows:

## PARTIES AND SERVICE OF PROCESS

2.      State Farm is an insurance company duly organized and existing under the laws of the State of Illinois and authorized to issue automobile insurance policies in the State of Texas. State Farm's principal place of business is in Bloomington, Illinois.

3.      Defendant Rosalinda Rinehart is an individual who resides in Brownsville, Cameron County, Texas and may be served with process at her residence at 435 McDavitt Blvd., Brownsville, Texas, 78521. Service by Cameron County Sheriff is requested at this time.

1

## VENUE AND JURISDICTION

4.      Pursuant to 28 U.S.C. Section 1332, jurisdiction is proper in this Court due to complete diversity of citizenship between State Farm and Rinehart.  Specifically, State Farm is an entity incorporated in the State of Illinois and Rinehart is a resident of Texas.  In addition, the amount in controversy exceeds $75,000.00, exclusive of interest of costs.  Furthermore, venue is proper in the Southern District of Texas, Brownsville Division, because Rinehart resides in Cameron County, which is within the Brownsville Division of the Southern District of Texas.

## FACTUAL BACKGROUND

5.      State Farm issued an automobile insurance policy to Rinehart, policy number R306-915-53T. This policy is a standard Texas policy.

6.      Rinehart is currently making a claim for the theft of a 2003 Chevrolet Tahoe Sports Utility vehicle, VIN number 1GNEK123Z43R161233.  Defendant has currently made a claim against State Farm for the theft of this vehicle, which theft occurred in Mexico.  The policy provides: "The coverages for your covered auto provided by this policy are extended to accidents occurring in Mexico within 25 miles of the United States border.  This extension only applies for infrequent trips into Mexico that do not exceed ten days at any one time."  Thus, the policy excludes coverage for losses occurring in Mexico involving vehicles making frequent trips to Mexico.

## REQUEST FOR DECLARATORY RELIEF

7.      Under the policy in question, State Farm is not obligated to provide coverage, nor defense or indemnity for matters falling outside of the policy's liability coverage.  The policy's insuring agreement contains an express exclusion for vehicles making frequent trips to Mexico.  State Farm contends and will prove that the vehicle made the basis of the Defendant's claim made frequent trips

2

into Mexico from the time it was acquired by the Defendant on May 27, 2003 to the date of the alleged theft, December 27, 2003. Therefore, State Farm seeks a declaration from this Court, pursuant to 28 U.S.C. Section 22.01, that there is no coverage under the policy on the grounds that the alleged stolen vehicle did not fall within the coverage requirement of making only "infrequent trips" to Mexico. The cost of coverage and defending and/or indemnifying Defendant for the claim currently being made would be in a sum in excess of the minimum jurisdictional limits of this Court.

## ATTORNEY'S FEES

State Farm has retained the firm of Roerig, Oliveira & Fisher, L.L.P. to represent it in this action and has agreed to pay the firm reasonable and necessary attorney's fees. An award of reasonable and necessary attorney's fees to State Farm would be equitable and just and therefore authorized by Section 37.009 of the Texas Civil Practice and Remedies Code.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury in the above-styled and numbered cause.

WHEREFORE, PREMISES CONSIDERED, State Farm requests that Defendant Rinehart be cited to appear and answer and that upon final trial, the Court make a finding that the vehicle in question made frequent trips to Mexico and that the Defendant's claim is not within the coverage afforded by State Farm's policy, for costs of court, attorney's fees and such other and further relief to which State Farm may be justly entitled to receive.

3

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____

**D. ALAN ERWIN, JR.**
Texas State Bar #06653020
Federal I.D. #20471
**ATTORNEY FOR PLAINTIFF**

4

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

State Farm Mutual
Automobile Insurance Company

## DEFENDANTS

Rosalinda Rinehart

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cameron
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
D. Alan Erwin, Jr.
ROERIG, OLIVEIRA & Fisher, L.L.P.
855 W. Price Road
Brownsville, TX 78520 T: (956) 542-5666

ATTORNEYS (IF KNOWN)

B-04-041

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury — Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. Sectino 22.01-State Farm seeks a declaration from this Court that there is no coverage under the policy on the grounds that the alleged stolen vehicle did not fall within the coverage requirements.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE
3/1/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440  (Rev. 10/93) Summons in a Civil Ac.

# UNITED STATES DISTRICT COURT

For the Southern _____   District of _____ Texas _____

State Farm Mutual
Automobile Insurance Company

V.

Rosalinda Rinehart

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   B-04-041

TO: (Name and address of Defendant)

Rosalinda Rinehart
434 McDavitt Blvd.
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Alan Erwin, Jr., **ROERIG, OLIVEIRA & FISHER, L.L.P.**, 855 West Price Road, Suite 9, Brownsville, Texas

78520-8786.

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(By) DEPUTY CLERK

DATE   4/15-04

AO 440 (Rev. 10/93) Summons in a Civil A...

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-30-04 |
|---|---|

| NAME OF SERVER (PRINT) Hector Cuellar | TITLE Civil Process Agent |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Ms Roselinda Rinchont

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-30-04
                Date

Signature of Server

PoBox 1064
Combes TX. 78535
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.