IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | § § § |
| VS. | § CIVIL CASE NO. B-04-041 § § |
| ROSALINDA RINEHART | § § |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Defendant, ROSALINDA RINEHART, in the above-styled and numbered cause, and in support thereof show the following:

**I.**

There is a case pending in district court that is related to this case. The related case was filed on March 18, 2004 in Cause No. 2004-CCL-347-B entitled Rosalinda Rinehart v. State Farm Insurance Company which was filed in the County Court at Law No. Two of Cameron County, Texas and removed to federal court on April 5, 2004, which bore Cause No. B-04-060. This case was then remanded to district court on May 27, 2004. All matters in controversy in the above-styled and numbered cause can be resolved in the district court case. Therefore, the parties request the Court to dismiss this cause of action, as to Defendant, with costs to be paid by the parties incurring same.

WHEREFORE, Plaintiff and Defendant requests that this case be dismissed, that all costs of court be assessed against the party incurring the same; and for such other and further relief to which the parties may be entitled to receive.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
Texas State Bar #06653020
Federal Id No. 20471
ATTORNEY FOR PLAINTIFF

LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
TEL/ (956) 541-4982
FAX/ (956) 544-3152

By: _____
FRANK COSTILLA
Texas State Bar #04856500
Federal Id No. 1509
ALEJANDRO J. (HONDO) GARCIA
Texas State Bar #24004663
Federal Id No. 30411
ATTORNEYS FOR DEFENDANT