## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 07 — 26 — 04 |
| TIME | 2:31 p.m. — 2:33 p.m. |
| CIVIL ACTION | B — 04 — 41 |
| STYLE | STATE FARM MUTUAL AUTOMOBILE INS. CO. *versus* ROSALINDA RINEHART |



United States District Court
Southern District of Texas
FILED
JUL 26 2004
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;       (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Alan Erwin, Jr.
Attorney(s) for Defendant(s):   Alejandro Garcia and Frank Costilla

---

Comments:

Plaintiff stated that a Joint Agreed Motion to Dismiss had been filed. Discussion had. Court orally granted the motion to dismiss.